'08 CIV 7047

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE VALIDATION GROUP, INC., D/B/A STELEX-THE VALIDATION GROUP AND F/K/A STELEX INC.<br><br>Plaintiff,<br><br>v.<br><br>CLARK, RICHARDSON & BISKUP CONSULTING ENGINEERS, INC., A/K/A AND/OR D/B/A CRB CONSULTING ENGINEERS, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>**RULE 7.1 STATEMENT**<br><br>JURY TRIAL DEMANDED |



**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff The Validation Group, Inc., d/b/a Stelex-The Validation Group and f/k/a Stelex Inc., states that it is a wholly-owned subsidiary of Vital Signs, Inc., which is a publicly traded company.

Dated: August 7, 2008

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Plaintiff, The Validation Group, Inc., d/b/a Stelex-The Validation Group*

By: /s/ Rafael Vergara
Rafael Vergara (RV-4098)
One Penn Plaza, Suite 1801
New York, NY 10019
Phone: (212) 244-9500
Fax: (212) 631-4436
E-mail: vergarar@whiteandwilliams.com

-2-

OF COUNSEL:
Peter J. Mooney
Edward T. Fisher
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA   19103
*Attorneys for Plaintiff, The Validation Group, Inc., d/b/a Stelex-The Validation Group*
(215) 864-7164/6310

PHLDMS1 4570037v.1